# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH M. RUSSELL, | : | Civil No. 1:22-CV-01949 |
| Petitioner, | : | |
| v. | : | |
| J. SAGE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of December, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is **DISMISSED** without prejudice.

2. The Clerk of Court will **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania